ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA       :
                               :
        - v. -                 :
                               :
MARVIN MCFOY, a/k/a "Ken,"     :          05 Cr. 1311
                               :
                               :
            Defendant.         :
                               :
                               :
                               :
                               :
- - - - - - - - - - - - - - - x

        WHEREAS, the above-captioned indictment was returned by

a grand jury, upon application of the government, ordered to be

filed under seal; and

        WHEREAS, on November 5, 2007, the United States

Marshals Service arrested the defendant; and

        WHEREAS the Government has requested that the above-

captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as

05 Cr. 1311 be unsealed.

Dated: New York, New York
        November 5, 2007


SO ORDERED:

                            _____
                            UNITED STATES MAGISTRATE JUDGE
                            SOUTHERN DISTRICT OF NEW YORK

                            JAMES C. FRANCIS IV
                            UNITED STATES        MAGISTRATE JUDGE
                            SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___NOV 0 5 2007___