

# BRONX COUNTY

Our records indicate that we did not receive the initial questionnaire that was mailed to you. If you did return it we would appreciate it if you would complete the questionnaire again. Please follow the instructions below.
Thank You

## INSTRUCTIONS

Your name has been selected at random from the voter, driver, tax, social services or unemployment list for future service as a juror.

You are required by law to complete this questionnaire. You may qualify by calling, toll free 1-866-648-4880, online at  www.nyjuror.gov/qualify, or you can mail it back in the enclosed envelope.

This form is not a summons and you are not required to appear for jury service at this time.
There are no longer any automatic occupational, child care or age exemptions. Requests for postponements and/or excuses from jury service may be addressed at the time you receive a summons to appear.

If you have any questions, call    (718)590-3646

ALL ANSWERS ARE CONFIDENTIAL

MARVIN MCFOY
1368 SHERIDAN AVE APT 5C
BRONX N.Y. 10456
032534594                           04023

BRNX

(For changes of name and address only)

Name _____

Address _____ Apt. # _____

City/Town _____ Zip _____

Date of Birth _____

Can you understand and communicate in the English language ?     YES ☐   NO ☐

Are you a citizen of the United States?  If not, provide a copy of your **visa** or **alien registration card:**     YES ☐   NO ☐

Are you a resident of the above named county?  **If not, provide proof.** Acceptable proof are copies of your driver's license and a utility bill.     YES ☐   NO ☐

Are you at least 18 years old ?  **If not, please supply proof** (copy of birth certificate).     YES ☐   NO ☐

Have you ever been convicted of a felony? If yes, provide crime, court and date of conviction:     YES ☐   NO ☐

_____

Have you received a Questionnaire or a Jury Summons within the past 4 years?     YES ☐   NO ☐
If yes, please complete the information below and provide proof of service:

Date _____    Location _____

SIGNATURE: **X** _____    Date: _____

REFERENCE NUMBER *_____

If using the telephone or Web system. Otherwise, leave blank. The reference number is proof that you used the telephone or Web system. However, you may not have qualified. If you were not qualified, you will receive another qualification notice in the mail. Thank you.

YOU MAY BE ASKED FOR ADDITIONAL VERIFICATION OF THE RESPONSES TO THIS QUESTIONNAIRE. PLEASE RESPOND WITHIN 10 DAYS. FAILURE TO DO SO MAY SUBJECT YOU TO CIVIL AND CRIMINAL PENALTIES.

2721

||| |||||||||||||||||||||||| 032534594
HECTOR DIAZ
SUPREME COURT BLDG
851 GRAND CONCOURSE
BRONX  NY  10451-2980

MARVIN MCFOY
1368 SHERIDAN AVE APT 5C
BRONX N.Y. 10456

Use this area if needed to detail any answers to the questions on the reverse side.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

MARVIN MCFOY
1368 SHERIDAN AVE APT 5C
BRONX N.Y. 10456

HECTOR DIAZ
SUPREME COURT BLDG
851 GRAND CONCOURSE
BRONX  NY  10451-2980