**FRENKEL, HERSHKOWITZ & SHAFRAN LLP**

ATTORNEYS AT LAW

16 EAST 34TH STREET

NEW YORK, NEW YORK 10016-4328

(212) 679-4666

TELECOPIER: (212) 889-5072

August 21, 2006

Marvin McFoy
1368 Sheridan Avenue
Apt. 5C
Bronx, NY 10457

Re:   Receipt

Dear Marvin:

Enclosed kindly find a copy of the receipt from the U.S. Citizenship & Immigration Service regarding your case.

Very truly yours,

David Frenkel

DF:mto
encl.

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-06-199-53397 | | CASE TYPE I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE<br>June 2, 2006 | PRIORITY DATE | PETITIONER A020 372 945<br>MCFOY, ORLEANS VICTOR |
| NOTICE DATE<br>June 16, 2006 | PAGE<br>1 of 1 | BENEFICIARY<br>MCFOY, MARVIN |

DAVID FRENKEL
FRENKEL HERSHKOWITZ & SHAFRAN LLP
RE: ORLEANS VICTOR MCFOY
16 E 34TH ST
NEW YORK NY 10016-4328

Notice Type: Receipt Notice

Amount received: $ 190.00

Section: Married son or daughter of U.S. Citizen, 201(a)(3) INA

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
 - You can check our current processing time for this kind of case on our website at uscis.gov.
 - On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
 - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
 - We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
 - Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



FRENKEL, HERSHKOWITZ & SHAFRAN LLP
ATTORNEYS AT LAW
16 EAST 34TH STREET
NEW YORK, NEW YORK 10016-4328

NEW YORK NY 100

23 AUG 2006 PM 4

Marvin McFoy
1368 Sheridan Avenue
Apt. 5C
Bronx, NY 10457