

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 21

By Facsimile

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Marvin McFoy, et al., 05 Cr. 1311 (PAC)

Dear Judge Crotty:

On February 19, 2008, defendant filed a motion to dismiss the indictment and for additional discovery. The Government's response is due February 26, 2008. Upon review of the defendant's motion, the Government respectfully requests two additional weeks to respond, that is, until March 11, 2008. Defense counsel has consented to the Government's request.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christine Y. Wong
Assistant United States Attorney
(212) 637-2460

cc:   Robert Baum, Esq. (by facsimile)

SO ORDERED: FEB 21 2008

*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED