```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :

        - v -                   :

MARVIN MCFOY                    :

              Defendant.        :
-------------------------------X
```

AFFIRMATION

05 Cr. 1311 (PAC)

I, **ABDOULAYE IDRISSA**, hereby affirm under penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the manager of Sankofa African Restaurant located at 2254 Webster Avenue, Bronx, New York.

2. From September, 2005 until the present, Marvin McFoy worked in the restaurant six days per week. Other than approximately 3 occasions when I was told that he traveled to Georgia, Mr. McFoy was present in the restaurant. During this period of time, on those occasions when he was out of the restaurant, it was never more than a few days

I declare under penalty of perjury that the foregoing is true and accurate.

Dated:   March 18, 2008
         New York, New York

_____
ABDOULAYE IDRISSA