# *Our Lady of Mount Carmel School*

2465 Bathgate Avenue, Bronx, New York 10458, 718-295-6080, FAX: 718-561-5205, E-mail B213@adnyschools.org

March 17, 2008

To Whom It May Concern:

    As per your request this letter is to confirm that, Marilyn McFoy, DOB 10/23/99, is currently enrolled at Our Lady of Mount Carmel School, for the 2007/2008 school year. Our records also show she resides at 1368 Sheridan Ave., Apt. #5C, Bronx NY 10456.

    Marilyn: -was absent a total of 3 days in the 05-06 school year.
             -had a perfect attendance in the 06-07 school year.
             -was absent on 2/22/08 so far in the 07-08   school year.

If you have any further questions please do not hesitate to call.

Sincerely,

Ms. Joan Canzone
Principal

*Dedicated to putting your child's best interest first*

C E S
MSA  Accredited by the Middle States Commission on Elementary Schools