```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,            :

        - v -                        :   05 CR. 1311 (PAC)

MARVIN MCFOY,                        :

              Defendant.             :

------------------------------------X
```

## DEFENDANT MARVIN MCFOY'S
## PROPOSED EXAMINATION OF THE JURY

```
                              LEONARD F. JOY, ESQ.

                              Federal Defenders of New York
                              Attorney for Defendant
                              Marvin McFoy
                              52 Duane Street - 10th Floor
                              New York, New York  10007
                              Tel.: (212) 417-8760
```

**Robert M. Baum, Esq.**
**Sabrina P. Shroff, Esq.**

   Of Counsel


TO:  Michael Garcia, Esq.
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn.:  Randall Jackson, Esq.
             Assistant United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,            :

            - v -                    :   05. Cr. 1311 (PAC)

Marvin McFoy,                        :

                 Defendant.          :

------------------------------------X
```

## DEFENDANT MARVIN McFOY'S
## PROPOSED EXAMINATION OF THE JURY

The defendant Marvin McFoy respectfully asks the Court to include the following in its questioning of the jury during jury selection, in addition to the questions generally asked by the Court.

1. Have you ever traveled to any country in Africa or to any country that might be considered part of the developing world?

2. If the prosecution presented evidence that Mr. McFoy was friendly with criminals, would you that lead you to presume that he is probably a criminal himself?

3. Have you or any members of your family ever struggled with problems of substance abuse? Do you have feelings about illegal drugs, more specifically, heroin that might affect your ability to be impartial in this case?

4. What magazines or newspapers do you subscribe to or read regularly?

5. What are your favorite television shows?

6. Have you had any experience with legal immigrants that might affect your ability to be a juror in this case?

7. Who is the public figure you most admire? Please explain.

Dated: New York, New York
July 14, 2008

Respectfully Submitted,

By: /s/ RMB

**Robert M. Baum, Esq.**
**Sabrina P. Shroff, Esq.**
Federal Defender Division
Attorney for Defendant
Marvin McFoy
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8760