C1-04-0021

N-81

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                   TO BE FILED UNDER SEAL

IN THE MATTER OF THE APPLICATION    :

OF THE UNITED STATES OF AMERICA     :  APPLICATION
                                                   AND ORDER

FOR AUTHORIZATION TO INTERCEPT      :

WIRE COMMUNICATIONS OCCURRING        :

OVER THE CELLULAR TELEPHONE BEARING :

ELECTRONIC SERIAL NUMBER F7E89382   :

AND ASSIGNED CALL NUMBER (646) 418-7792;:

AND (2) THE CELLULAR TELEPHONE BEARING :

INTERNATIONAL MOBILE SUBSCRIBER     :

INFORMATION ("IMSI") NUMBER          :

310410037471092 AND ASSIGNED CALL NUMBER:

(908) 652-1093                          :
----------------------------------------X

        1.    The United States of America, by and through Michael J. Garcia, United States Attorney for the Southern District of New York, and Virginia L. Chavez, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order, pursuant to the provisions of Title 18, United States Code, Section 2518(8)(a), sealing two disks, which are attached hereto, reflecting the interception of wire communications from on or about

August 18, 2005 to on or about September 16, 2005, occurring over (1) the cellular telephone bearing Electronic Serial Number F7E89382 and assigned call number (646) 418-7792; and (2) the cellular telephone bearing International Mobile Subscriber Identity number 310410037471092 and assigned call number (908) 652-1093, which communications were intercepted pursuant to an order dated August 18, 2005, signed by the Honorable Kenneth M. Karas.

    2.    The Government further requests that this Court direct, pursuant to the provisions of Section 2518(8)(a) of Title 18, United States Code, that, after sealing, the above-described original audio recordings in the above-captioned matter be held in the custody of the Drug Enforcement Administration.

    3.    The Government further requests that this Court direct that this application and Order be sealed and placed in the custody of the United States Attorney's Office for the Southern District of New York until such time as the Court or another judge

of competent jurisdiction directs otherwise.

Dated:     New York, New York
           September 29, 2005

                                      MICHAEL J. GARCIA
                                      United States Attorney
                                      Southern District of New York

                                 By:  _____
                                      VIRGINIA L. CHAVEZ
                                      Assistant U.S. Attorney
                                      Southern District of New York
                                      Tel:  (212) 637-1037

IT IS SO ORDERED:

Dated:     New York, New York
           September 29, 2005

                                      _____
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK