UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

                                          TO BE FILED UNDER SEAL
IN THE MATTER OF THE APPLICATION          :

OF THE UNITED STATES OF AMERICA           :   APPLICATION
                                              AND ORDER
FOR AUTHORIZATION TO INTERCEPT            :

WIRE COMMUNICATIONS OCCURRING             :   C1-04-0021
                                               N76
OVER THE CELLULAR TELEPHONE BEARING       :

ELECTRONIC SERIAL NUMBER F7E89382         :

AND ASSIGNED CALL NUMBER (646) 418-7792   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1. The United States of America, by and through David N. Kelley, United States Attorney for the Southern District of New York, and Virginia L. Chavez, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order, pursuant to the provisions of Title 18, United States Code, Section 2518(8)(a), sealing the attached disk reflecting the interception of wire communications from on or about June 1, 2005 to on or about June 30, 2005, occurring over the cellular telephone bearing Electronic Serial Number F7E89382 and assigned call number (646) 418-7792, which communications were intercepted pursuant to an Order signed by the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, on May 31, 2005.

2. The Government further requests that this Court direct, pursuant to the provisions of Section 2518(8)(a) of Title 18, United States Code, that, after sealing, the above-described original audio recordings in the above-captioned matter be held in the custody of the Drug Enforcement Administration.

3. The Government further requests that this Court direct that this application and Order be sealed and placed in the custody of the United States Attorney's Office for the Southern District of New York until such time as the Court or another judge of competent jurisdiction directs otherwise.

Dated:   New York, New York
         July 19, 2005

                                    DAVID N. KELLEY
                                    United States Attorney
                                    Southern District of New York

                              By:   _____
                                    VIRGINIA L. CHAVEZ
                                    Assistant U.S. Attorney
                                    Southern District of New York
                                    Tel:  (212) 637-1037

IT IS SO ORDERED:

Dated:   New York, New York
         July 19, 2005

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK